JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA FOOTE, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SUBARU OF AMERICA, INC., a New Jersey Corporation; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: CV 20-8558-DMG (PDx)<br><br>**ORDER OF DISMISSAL [17]** |

　　　Based on the parties' stipulation, and good cause appearing therefor, the above-captioned action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice, with each side to bear its own costs and attorney's fees. All scheduled dates and deadlines are VACATED.

　　　IT IS SO ORDERED.

DATED: April 16, 2021

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE